UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>YOUNTVILLE HOSPITALITY, LLC,<br><br>        Defendant. | Case No. 21-cv-01444-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 12 |

Pursuant to the Joint Stipulation of Dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice.  The Clerk shall close the case.

Dated: April 16, 2021



WILLIAM H. ORRICK  
United States District Judge